BEFORE THE FIRST DIVISION, MARCH 8, 1944

**No. 49249.**—Protest 99436–K of S. H. Kress & Co. (Los Angeles).

Opinion by OLIVER, P. J. It was stipulated that the articles in question are similar in all material respects to those involved in Abstract 48170, the record in which case was incorporated herein. The claim at 25 percent under paragraph 1537 was therefore sustained.

**No. 49250.**—Protest 106752–K of Lun Tai & Co. (New York).

Opinion by COLE, J. The merchandise was assessed and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in Quong Yuen Shing Co. v. United States (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from paragraph 5 (chemical compounds). The protest was sustained to this extent.

BEFORE THE THIRD DIVISION, MARCH 8, 1944

**No. 49251.**—Protest 70323–K of Louis Wolf & Co., Inc. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of Strauss v. United States (9 Cust. Ct. 342, C. D. 710), which record was incorporated herein, it was held that these articles are used chiefly for utilitarian purposes on the table or in the household. The claim at 40 percent under paragraph 339 was sustained.